# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of February, two thousand and eighteen.

Before: Susan L. Carney,
        *Circuit Judge.*

_____

| | |
|---|---|
| Mei Xing Yu, individual, on behalf of all other employees similarly situated, | **ORDER** |
|     Plaintiff - Appellee, | Docket No. 17-3388 |
| v. | |
| Hasaki Restaurant, Inc., Shuji Yagi, Kunitsugu Nakata, Hashimoto Gen, | |
|     Defendants - Appellants, | |
| John Doe and Jane Doe #1-10, | |
|     Defendants. | |

_____

    Amicus Curiae Public Citizen Litigation Group joined this appeal in order to defend the district court's decision. Amicus Curiae moves for a briefing deadline of April 30, 2018, for leave to file a brief of up to 13,000 words, and for leave to participate in oral arguments. Appellants and Appellees oppose the briefing deadline request.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                                   For the Court**:**

                                                                    Catherine O'Hagan Wolfe,
                                                                    Clerk of Court

