# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 17-3388

**Caption [use short title]**

**Motion for:** Additional time to consider submitting amicus curiae brief

Set forth below precise, complete statement of relief sought:

On November 29, 2017, this Court invited the United States Department of Labor to file an amicus brief on the issue of whether parties can terminate an FLSA claim with prejudice using Rule 68 of the Federal Rules of Civil Procedure without a fairness review by a Court or the Department of Labor. The Department apologizes for the delay and requests additional time, until September 12, 2018, to consider filing an amicus curiae brief in this matter.

Mei Xing Yu v. Hasaki Restaurant, Inc.

**MOVING PARTY:** United States Department of Labor    **OPPOSING PARTY:**

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Paul Frieden    **OPPOSING ATTORNEY:**
[name of attorney, with firm, address, phone number and e-mail]

U.S. Department of Labor, Office of the Solicitor

200 Constitution Ave, N.W., Suite N-2716 Washington, D.C. 20210

frieden.paul@dol.gov | (202) 693-5552

**Court- Judge/ Agency appealed from:** Hon. Jesse M. Furman - U.S. District Court for the Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes    ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed    ☐ Opposed    ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes    ☐ No    ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?    ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?    ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**

/s/ Paul L. Frieden    **Date:** 08/08/2018    Service by: ☑ CM/ECF    ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 17-3388

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

───────────────────────────────────────────────

MEI XING YU, individual, on behalf of all other employees similarly situated,
*Plaintiff-Appellee*

– v. –

HASAKI RESTAURANT, INC., SHUJI YAGI, KUNITSUGU NAKATA, HASHIMOTO GEN,
*Defendants-Appellants,*

JANE DOE and JANE DOE #1-10,
*Defendants.*

───────────────────────────────────────────────

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────────────

**UNOPPOSED MOTION FOR ADDITIONAL TIME
TO CONSIDER SUBMITTING AMICUS CURIAE BRIEF**

───────────────────────────────────────────────

| | |
|---|---|
| KATE S. O'SCANNLAIN<br>Solicitor of Labor | PAUL L. FRIEDEN<br>Counsel for Appellate Litigation |
| JENNIFER S. BRAND<br>Associate Solicitor | U.S. Department of Labor<br>Office of the Solicitor<br>Rm. N2716 |
| JAMES M. MORLATH<br>Attorney | 200 Constitution Ave., NW<br>Washington, D.C. 20210<br>Frieden.Paul@dol.gov |

On November 28, 2017, this Court issued an Order inviting the Department of Labor ("Department") to file an *amicus curiae* brief in this matter, followed by a letter, dated November 29, 2017, to Secretary of Labor R. Alexander Acosta directly inviting the Department to file an amicus brief. In the normal course, the attorneys who would be responsible for filing any brief in this matter would have received this Court's invitation, but although the Department itself received the invitation, the responsible attorneys did not because of a problem in processing the mail. Rather, those attorneys became aware of the Order and letter invitation on Thursday, July 19, 2018, and, after internal discussion, contacted the case manager for this matter, Ms. Dana Ellwood, on Wednesday, July 25, 2018, to inquire how best to proceed in terms of obtaining time in which to consider this Court's invitation. On August 6, 2018, Ms. Ellwood instructed the Department to file a motion.

The Department sincerely apologizes for the circumstances leading to this Court's invitation not finding its way into the proper hands at the Department and for the concomitant delay in not responding promptly to the invitation. It now respectfully files this unopposed motion for additional time, until September 12, 2018, to consider filing an *amicus curiae* brief in the above-referenced case to address whether parties can use Rule 68 of the Federal Rules of Civil Procedure to terminate a claim under the Fair Labor Standards Act with prejudice without a

1

fairness review by a court or the Department. The additional time is requested so that the Department can confer within the government regarding this matter, including with the Solicitor General, who must approve any position taken. *See* 28 C.F.R. 0.20(c). The Department contacted counsel for Appellant Hasaki Restaurant and for *Amicus Curiae* Public Citizen Litigation Group; counsel for both parties do not oppose this motion.

Respectfully submitted,

KATE S. O'SCANNLAIN
Solicitor of Labor

JENNIFER S. BRAND
Associate Solicitor

JAMES M. MORLATH
Attorney

PAUL L. FRIEDEN
Counsel for Appellate Litigation

/s/ Paul L. Frieden
Counsel for Appellate Litigation
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, N.W.
Room N-2716
Washington, D.C. 20210
(202) 693-5552
Frieden.Paul@dol.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 32(c), 32(g), and 27(d)(2), I certify that the foregoing motion is proportionately-spaced, has a type-face of 14 points, and, as calculated by Microsoft Word, contains 312 words.


Dated: August 8, 2018
/s/ Paul L. Frieden
 PAUL L. FRIEDEN
Counsel for Appellate Litigation
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, N.W.
Room N-2716
Washington, D.C.  20210
(202) 693-5552
Frieden.Paul@dol.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2018, a true and correct copy of the foregoing motion was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system, and that service on counsel of record will be accomplished by this system, including the following:

Adina H. Rosenbaum
Sean M. Sherman
Adam R. Pulver
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
arosenbaum@citizen.org
*Attorneys for Court-Appointed Amicus Curiae*

Louis Pechman
Lillian M. Marquez
Laura Rodríguez
Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022
pechman@pechmanlaw.com
marquez@pechmanlaw.com
rodriguez@pechmanlaw.com
*Attorneys for Defendants-Appellants*

/s/ Paul L. Frieden
PAUL L. FRIEDEN
Counsel for Appellate Litigation
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, N.W.
Room N-2716
Washington, D.C. 20210
(202) 693-5552
Frieden.Paul@dol.gov